# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GERALD WALLOCK,**

       **Plaintiff,**

 **V.**                                        **CASE NO.  05-C-1242**

**BLACK & DECKER,**

       **Defendant.**

## ORDER

      Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case.  Accordingly,

      **IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

      Dated at Milwaukee, Wisconsin, this 1st day of December, 2005.

                                              **BY THE COURT:**

                                              s/ Rudolph T. Randa
                                              **Hon. Rudolph T. Randa
                                              Chief Judge**